**Motion Granted and Order filed June 18, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00602-CR

_____

### SANTOS ARIEL DOMINGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1524585**

## ORDER

Appellant's court-appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. Appellant filed a motion requesting to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is **GRANTED**.

Accordingly, we hereby direct the Judge of the 338th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **July 3, 2019;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM